UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RANESHA RASHELL PORTER,

    Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:16-cr-00162

## ORDER

Defendant appeared before me with counsel on October 4, 2018, on a warrant for failure to appear for a final revocation hearing before Honorable Robert J. Jonker. Defendant elected not to contest her continued detention pending the hearing. Accordingly:

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General until further order of the court.

Dated: October 4, 2018

    /s/ Ellen S. Carmody
    ELLEN S. CARMODY
    U.S. Magistrate Judge